1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES ERNEST DICKERSON,

              Plaintiff,

      v.

PENINSULA DAILY NEWSPAPER,

              Defendant.

Case No.  C06-5423 RJB/KLS

ORDER TO SHOW CAUSE

      This case has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4.  This matter comes before the court on plaintiff's filing of an application to proceed *in forma pauperis* and a civil rights complaint under 42 U.S.C. § 1983.  To file a complaint and initiate legal proceedings plaintiff must pay a filing fee of $350.00 or file a proper application to proceed *in forma pauperis*.

      On July 24, 2006, the Clerk received plaintiff's complaint and application to proceed *in forma pauperis*. (Dkt. # 1).  On July 31, 2006, the Clerk sent plaintiff a letter informing him that he must either pay the court filing fee or submit a proper application to proceed *in forma pauperis* by August 31, 2006, or this matter could be subject to dismissal. (Dkt. # 2).  The Clerk advised plaintiff that his application was incomplete in that he had provided no service or Marshal forms, insufficient copies of his complaint, had failed to include a copy of his trust account statement, and failed to complete Question 3e of the application.

ORDER
Page - 1

On August 21, 2006, plaintiff partially corrected his application by providing a copy of his trust account statement.  (Dkt. # 3).   However, plaintiff has not cured any of the remaining deficiencies.

Accordingly, the Court orders the following:

(1)     Plaintiff shall seek to cure the above deficiencies by paying the full $350.00 court filing fee or filing a proper application to proceed *in forma pauperis* **no later than October 13, 2006**.  **Failure to cure these deficiencies by the above date shall be deemed a failure to properly prosecute this matter and the court will recommend dismissal of this matter.**

(2)     The Clerk is directed to send a copy of this Order to plaintiff.

DATED this 13th day of September, 2006.


Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 2