1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10

11

12

13

14

JAMES ERNEST DICKERSON,

Plaintiff,

v.

PENINSULA DAILY NEWSPAPER,

Defendant.

Case No. C06-5423 RJB/KLS

ORDER ADOPTING REPORT AND
RECOMMENDATION AND
DISMISSING CASE

15

16

17

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation (Dkt. 11), and the remaining record, does hereby find and ORDER:

18

19

20

(1)     The Court adopts the Report and Recommendation on the following basis: plaintiff has failed to show that defendant's actions constituted state action and plaintiff failed to alleged a constitutional violation on the part of the named defendant.

21

22

23

(2)     Plaintiff's Motion to Object (Dkt. 11) is unnecessary and is therefore **STRICKEN**. The court has considered this document as plaintiff's objections to the Report and Recommendation.

24

(3)     Plaintiff's Complaint (Dkt. 8) is **DISMISSED**.

25

26

ORDER - 1

(4)    The Clerk is directed to send copies of this Order to plaintiff, and to the Hon. Karen

L. Strombom.

DATED this 4th day of December, 2006.

Robert J. Bryan
United States District Judge

ORDER - 2